UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALEXANDRA STARK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, a North Carolina not for profit corporation, and CHANGE HEALTHCARE RESOURCES, LLC, a Delaware registered company,<br><br>*Defendants*. | Case No. 1:23-cv-00022-CCE-LPA |

## NOTICE REGARDING AT&T SUBPOENA COMPLIANCE COSTS

Plaintiff Alexandra Stark ("Plaintiff") gives notice that, since the filing of Plaintiff's Motion for Class Counsel Fees and Costs (ECF 69), AT&T has invoiced, and Class Counsel has paid, $6,345 for subpoena compliance. This is $230 less than previously anticipated. *Cf.* ECF 70 at n.5 (anticipating an invoice of $25 per telephone number for 263 telephone numbers, for a total of $6,575). As a result, Class Counsel have incurred expenses in the prosecution of this action totaling $21,407.62 for which reimbursement is sought.

Dated: December 27, 2024          Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman
**KAUFMAN P.A**
237 South Dixie Highway, Floor 4
Coral Gables, Florida 33133
kaufman@kaufmanpa.com
Telephone: (305) 469-5881

*/s/ Ryan Duffy*
Ryan Duffy
**The Law Office of Ryan P. Duffy, PLLC**
1213 W. Morehead Street
Suit 500, Unit #450
Charlotte, North Carolina 28208
ryan@ryanpduffy.com
Telephone: (704) 741-9399

Stefan Coleman
**Coleman PLLC**
66 West Flagler Street
Suite 900
Miami, Florida 33130
law@stefancoleman.com
Telephone: (877) 333-9427

*Attorneys for Plaintiff and the Settlement Class*