UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALEXANDRA STARK, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> *v.* <br><br> BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, a North Carolina not for profit corporation, and CHANGE HEALTHCARE RESOURCES, LLC, a Delaware registered company, <br><br> *Defendants*. | Case No. 1:23-cv-00022-CCE-LPA |

**PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Alexandra Stark, on behalf of herself and the Settlement Class, with

the consent of Defendants, hereby moves the Court for entry of an order granting

final approval of the Class Action Settlement and entering final judgment. The

grounds for this Motion are set forth with particularity and in more detail in the

accompanying Memorandum in Support, which is incorporated herein by reference.

A proposed order granting the Motion is attached hereto.

 Dated: January 2, 2025          Respectfully submitted,

                                 */s/ Avi R. Kaufman*
                                 Avi R. Kaufman

**KAUFMAN P.A**
237 South Dixie Highway, Floor 4
Coral Gables, Florida 33133
kaufman@kaufmanpa.com
Telephone: (305) 469-5881

*/s/ Ryan Duffy*
Ryan Duffy
**The Law Office of Ryan P. Duffy, PLLC**
1213 W. Morehead Street
Suit 500, Unit #450
Charlotte, North Carolina 28208
ryan@ryanpduffy.com
Telephone: (704) 741-9399

Stefan Coleman
**Coleman PLLC**
66 West Flagler Street
Suite 900
Miami, Florida 33130
law@stefancoleman.com
Telephone: (877) 333-9427

*Attorneys for Plaintiff and the Settlement Class*

2